**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                                                              Case No. 3:06CR9/RV

**WALLACE R. CLARK**

___

### ORDER CONTINUING PROBATION

THIS MATTER CAME on to be heard on December 12, 2006; there appearing Assistant U.S. Attorney David Goldberg; and the defendant, Wallace R. Clark; appearing in person and by counsel, Assistant Federal Public Defender Kafahni Nkrumah.  After receiving testimony, the Court finds the defendant in violation of probation.  The Court finds that the probationer has violated the terms and conditions of his probation. Pursuant to the Sentencing Reform Act of 1984, and all amendments, it is the judgment of the Court that the probationer be ordered to serve the original five year term of probation and comply with all previous supervision requirements.  Additionally, the following supervision conditions are added:

Special Condition #1:   The probationer shall reside at the Spanish Fort, Alabama Community Service Center (Keeton Corrections) in the most restrictive component for a period eight (8) months. The probationer will report to the Spanish Fort, Alabama Community Service Center on Friday, December 22, 2006, by 12:00 noon to begin this Court ordered residency (Public Law). The probationer will comply with all program rules and regulations.

Special Condition #2:   The probationer beginning February, 2007, and for six (6) months thereafter will make minimum monthly restitution payments of not less than $125. However, monthly restitution payments will then be reverted back to $220, taking into account the probationer's improved ability to pay.

Special Condition #3: The probationer will participate in outpatient substance abuse counseling, including drug testing, as directed by his supervising U.S. Probation Officer.

DONE AND ORDERED in Open Court at Pensacola, Florida, this   12th   day of December, 2006.

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE

Date Signed:  December 13, 2006